Missouri denied. *George William Bailey, pro se.*

No. 157. ATWOOD *v.* HUNTER, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Ivy E. Atwood, pro se.* Solicitor General Fahy, Assistant Attorney General Berge, Messrs. Oscar A. Provost and W. Marvin Smith, and *Miss Melva M. Graney* for respondent.

No. 171. SWEARENGIN *v.* AMRINE, WARDEN, ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Kansas denied. *R. B. Swearengin, pro se.*

No. 189. BURROUGHS *v.* SANFORD, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Laconia Chappelle Burroughs, pro se.* Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl, and *Miss Melva M. Graney* for respondent.

No. 190. BISTANY *v.* BROPHY, WARDEN. October 11, 1943. Petition for writ of certiorari to the Supreme Court of New York denied. *Harvey Bistany, pro se.*

No. 264. CARR *v.* MARTIN, WARDEN. October 11, 1943. Petition for writ of certiorari to the County Court of Wyoming County, New York, denied. *Richard Carr, pro se.*